UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 MJ 2618

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Magistrate Case No._____ |
| Plaintiff, ) | |
| v. ) | COMPLAINT FOR VIOLATION OF |
| Victor Hugo CONTRERAS-Alcantar ) | |
| (AKA: Juan HERNANDEZ-Moreno ) | Title 8, U.S.C., Section 1326 |
| Victor Angel GARCIA-Ayala) ) | Attempted Entry After |
| ) | Deportation |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about **August 22, 2008,** within the Southern District of California, defendant **Victor Hugo CONTRERAS-Alcantar, (AKA: Juan HERNANDEZ-Moreno and Victor Angel GARCIA-Ayala)** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 25th DAY OF **August, 2008.**

Honorable, William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Michael Pederson, declare under penalty of perjury the following to be true and correct:

On August 22, 2008 at approximately 4:15 PM, Victor Hugo CONTRERAS-Alcantar (Defendant) applied for admission to the United States at the San Ysidro Port of Entry, vehicle primary lanes. Defendant presented his Lawful Permanent Resident Card (#92 361 154) to a CBP Officer. Defendant told the CBP Officer that he was on his way to Los Angeles, California. The CBP Officer received a notification of a computer generated referral and referred Defendant to secondary inspection.

During secondary inspection, a CBP Officer queried Defendant's fingerprints in the Integrated Automated Fingerprint Identification System (IAFIS) and Automated Biometric Identification System (IDENT). The officer received a positive match, linking Defendant to FBI and Immigration Service records, confirming Defendant's identity as a Citizen of Mexico, having been previously deported.

Immigration records indicate that Defendant is a citizen of Mexico, without any rights or entitlements to either; enter, pass through, or reside in the United States.

Further queries in the Central Index System (CIS) and the Enforce Alien Removal Module (EARM) confirmed that on or about December 2, 1996 Defendant was ordered removed from the United States to Mexico by an Immigration Judge under the alias Juan HERNANDEZ-Moreno and was physically removed through the Del Rio, TX, International Bridge Port of Entry. Immigration records indicate the Defendant has neither applied for nor received permission to legally reenter the United States from the United States Attorney General or the Secretary of Homeland Security.

EXECUTED ON THIS 22nd DAY OF August 2008 AT the San Ysidro Port of Entry.

_____
Michael Pederson / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page(s), I find probable cause to believe that the defendant named therein committed the offense on August 22, 2008, in violation of Title 8, United States Code, Section 1326.

_____
MAGISTRATE JUDGE

8/23/08 @ 10:15 a.m.
DATE / TIME