1 **JAMES M. CHAVEZ**
California State Bar No. 255766
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Contreras-Alcantar

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No.  08mj2618 |
|         Plaintiff,               ) | |
| v.                               ) | **WITHDRAWAL DOCUMENT** |
| **VICTOR HUGO CONTRERAS-ALCANTAR**, ) | |
|         Defendant.               ) | |

The Defendant, Victor Contreras-Alcantar, by and through attorneys, James M. Chavez and Federal Defenders of San Diego, Inc. hereby requests to withdrawal document number 4 from the clerks record due to incorrectly uploading of the documents.

Respectfully submitted,

Dated: August 22, 2008        s/ *James M. Chavez*
**JAMES M. CHAVEZ**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
James_chavez@fd.org

Attorneys for Mr. Contraras-Alcantar

1 **JAMES M. CHAVEZ**
California State Bar No. PENDING
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org
5

6 Attorneys for Mr. Contreras-Alcantar

7

8                     UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   Case No. 08mj2618
                                         )
12       Plaintiff,                        )
                                         )
13 v.                                     )   **PROOF OF SERVICE**
                                         )
14 **VICTOR HUGO CONTRERAS-ALCANTAR**,)
                                       )
15       Defendant.                )
                                       )
16

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20       ASSISTANT UNITED STATES ATTORNEY
      Efile.dkt.gc1@usdoj.gov
21

22 Dated: August 27, 2008                                 s/ *James M. Chavez*
                                                  JAMES M. CHAVEZ
23                                                   Federal Defenders of San Diego, Inc.,
                                                  225 Broadway, Suite 900
24                                                   San Diego, CA 92101-5030
                                                  (619) 234-8467 (tel)
25                                                   (619) 687-2666 (fax)
                                                  e-mail: james_chavez@fd.org
26

27

28