```
 1  MICHELLE BETANCOURT
    California State Bar No. 215035
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5008
    Telephone: (619) 234-8467 Ext. 3737
 4  Facsimile:  (619) 687-2666
    michelle_betancourt@fd.org
 5
 6  Attorneys for Mr. Contreras-Alcantar,
 7
 8                    UNITED STATES DISTRICT COURT
 9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )  Case No. 08mj2618
                                     )
12             Plaintiff,            )
                                     )
13  v.                               )
                                     )  NOTICE OF APPEARANCE
14  VICTOR HUGO CONTRERAS-ALCANTAR,  )
         aka: Juan Hernandez-Moreno, )
15            Victor Angel Garcia-Ayala )
                                     )
16             Defendant.            )
                                     )
17
18         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
19  Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record
    in the above-captioned case.
20
                                              Respectfully submitted,
21
    Dated: August 29, 2008                     s/ Michelle Betancourt
22                                            MICHELLE BETANCOURT
                                              Federal Defenders of San Diego, Inc.
23                                            Attorneys for Defendant
                                              michelle_betancourt@fd.org
24
25
26
27
28
```

**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Contreras-Alcantar

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj2618 |
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **VICTOR HUGO CONTRERAS -ALCANTAR,** | ) | |
| Defendant. | ) | |

       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

       Assistant United States Attorney
       Efile.dkt.gc2@usdoj.gov

Dated: August 29, 2008                 s/ Michelle Betancourt
                                                          MICHELLE BETANCOURT
                                                          Federal Defenders
                                                          225 Broadway, Suite 900
                                                          San Diego, CA 92101-5030
                                                          (619) 234-8467 (tel)
                                                          (619) 687-2666 (fax)
                                                          e-mail: michelle_betancourt@fd.org